UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

MADONNA F. ROBINSON, )
        Plaintiff, )
 )   **JUDGMENT IN A CIVIL CASE**
v. )
 )   **CASE NO. 7:15-CV-169-D**
CAROLYN W. COLVIN, Acting Commissioner )
of Social Security, )
        Defendant. )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's objections to the M&R [D.E. 33] are OVERRULED, plaintiff's motion for judgment on the pleadings [D.E. 27] is DENIED, defendant's motion for judgment on the pleadings [D.E. 29] is GRANTED, defendant's final decision is AFFIRMED, and this action is DISMISSED.

**This Judgment Filed and Entered on September 1, 2016, and Copies To:**
                                                                       (via CM/ECF Notice of Electronic Filing)
Jonathan P. Miller
Mary Ellen Russell                                (via CM/ECF Notice of Electronic Filing)

DATE:                                JULIE RICHARDS JOHNSTON, CLERK
September 1, 2016                 (By)  /s/ Nicole Briggeman
                                            Deputy Clerk